# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

FRANCISCO REYES-VEJERANO,
Petitioner,

v.

Civil No. 97-1652 (HL)
Crim. No. 94-016 (HL)

UNITED STATES OF AMERICA,
Respondent.

## JUDGMENT

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing this section 2255 petition.

San Juan, Puerto Rico, October 24, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)