UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Francisco Reyes Vejerano
v.
U.S.A.

CASE NUMBER: 97-1652 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.17.00   **Docket #** 39<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Renewed Motion requesting court to inform petitioner about recrods pertaining to Carmen Toledo | The Court hereby **orders** the Government to show cause by **February 2, 2001**, why the sealed records requested by Petitioner should not be provided to him. |

Date 1-17-01

HECTOR M. LAFFITTE
Chief U.S. District Judge

