UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Francisco Reyes Vejerano
v.
U.S.A.

CASE NUMBER: 97-1652 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2.1.01  **Docket #** 44<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** U.S.A.'s informative motion and request to vacate order to show cause | Granted. The documents submitted by the Government under seal (dockets 14, 15, & 31) shall remain sealed. These documents shall be provided to the First Circuit Court of Appeals for purposes of Petitioner's appeal.<br>The Clerk shall also provide to the Court of Appeals the evidence admitted at the hearing held on this case. The Clerk shall also provide Petitioner and the Government with copies of this evidence. |
| **Date Filed:** 11.17.00  **Docket #** 39<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Renewed motion requesting Court to inform Petitioner about records pertaining to Carmen Toledo | Denied. These records shall remain sealed. They shall be provided to the Court of Appeals for purposes of Petitioner's appeal. |

Date 2/15/01

HECTOR M. LAFFITTE
Chief U.S. District Judge